[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 14, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-10715
Non-Argument Calendar

_____

D. C. Docket No. 03-00250-CR-T-30-MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDREW STEVEN JACKSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 14, 2005)

Before CARNES, HULL and PRYOR, Circuit Judges

PER CURIAM:

Robert C. Port, appointed counsel for Andrew Steven Jackson in this direct

criminal appeal, has filed a motion to withdraw, accompanied by a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and appellant's conviction and sentence are **AFFIRMED**.